## KIMBERLY ALBRIGHT-LAZZARI ET AL. *v.* COMMISSIONER OF CHILDREN AND FAMILIES

The plaintiffs' petition for certification for appeal from the Appellate Court, 120 Conn. App. 376 (AC 29373/AC 30418), is denied.

*Kimberly Albright-Lazzari*, pro se, and *Anthony Lazzari*, pro se, in support of the petition.

Decided June 2, 2010

## ERIBERTO DELEON *v.* COMMISSIONER OF CORRECTION

The petitioner Eriberto Deleon's petition for certification for appeal from the Appellate Court, 120 Conn. App. 903 (AC 29679), is denied.

McLACHLAN, J., did not participate in the consideration of or decision on this petition.

*Robert T. Rimmer*, special public defender, in support of the petition.

*Rocco A. Chiarenza*, special deputy assistant state's attorney, in opposition.

Decided June 2, 2010